## APPEALS NOT ACCEPTED FOR REVIEW

**2012–1777. State v. Debartolo.**
Cuyahoga App. No. 97453, 2012-Ohio-3449.
O'DONNELL, J., dissents.

**2013–0033. State v. Stone.**
Ashland App. No. 12–COA–021, 2012-Ohio-5488.

**2013–0034. State v. Williams.**
Cuyahoga App. No. 99227.

**2013–0047. State v. Wolff.**
Mahoning App. No. 10–MA–184, 2012-Ohio-5575.

**2013–0049. State v. O'Neal.**
Medina App. No. 12CA0032–M, 2012-Ohio-5564.

**2013–0053. State ex rel. DeWine v. Ashworth.**
Lawrence App. No. 11CA16, 2012-Ohio-5632.
O'DONNELL and O'NEILL, JJ., dissent.
KENNEDY, J., dissents and would accept the appeal on Proposition of Law No. I.

**2013–0054. In re J.D.**
Montgomery App. No. 25129, 2012-Ohio-5537.

**2013–0055. Chivaho Credit Union v. McGuire.**
Ross App. No. 12CA3307, 2012-Ohio-5878.
O'CONNOR, C.J., dissents.

**2013–0059. King v. Bethlehem Baptist Church Bd. of Trustees.**
Hamilton App. No. C–110793. Discretionary appeal not accepted. Motion to dismiss denied as moot.
O'DONNELL, J., dissents.

**2013–0062. Fackelman v. Micronix.**
Cuyahoga App. No. 98320, 2012-Ohio-5513.
O'NEILL, J., dissents.

**2013–0064. Torress v. Getzinger.**
Columbiana App. No. 11 CO 18, 2012-Ohio-5613.
O'DONNELL, J., dissents.

**2013–0065. Waikem v. Cleveland Clinic Found.**
Stark App. No. 2011 CA 00234, 2012-Ohio-5620.
O'CONNOR, C.J., dissents and would accept the appeal on Proposition of Law No. II.
LANZINGER, J., dissents and would accept the appeal on Proposition of Law Nos. I and II.
O'NEILL, J., not participating.

**2013–0068. State v. Demirci.**
Lake App. No. 2011–L–142, 2012-Ohio-5593.

**2013–0071. State v. Woodley.**
Allen App. No. 1–12–13.

**2013–0074. State v. Cowan.**
Cuyahoga App. No. 97877, 2012-Ohio-5723.

**2013–0078. State v. Boyle.**
Portage App. No. 2012–P–0003, 2012-Ohio-5581.
O'DONNELL, J., dissents.

**2013–0079. State v. Whitt.**
Coshocton App. No. 12–CA–6.